# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**United States of America,**

    **v.**

**Samuel Aaron Griffith,**

**Case No. 2:25-cr-199**

**Judge Michael H. Watson**

### ORDER

There being no objections, and upon review of the Indictment, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 32.  The Court accepts Defendant's plea of guilty to Counts 1-6 of the Indictment, and he is hereby adjudged guilty on those counts.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**